IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**JEFFREY PHILLIPS**, )<br>)<br>Defendant. )<br>  ) | No. 10-20 084 KHV/JPO |

# INDICTMENT

The Grand Jury charges:

## INTRODUCTION

At all times relevant to this Indictment:

**Parties and Entities**

1. JEFFREY PHILLIPS, the defendant, was a businessman, who owned and operated entities that provided employees and management services to nursing home facilities under JP Holdings, LLC, which was formed in Shawnee, Kansas on or about April 1, 2002.

2. On or about May 9, 2001, the defendant began operating a nursing home in St. Joseph, Missouri, through Citadel Holdings, LLC.

3. On or about May 9, 2001, the defendant began providing employees to the nursing home in St. Joseph, Missouri, through Citadel Partners, LLC.

4. On or about May 10, 2001, the defendant began operating a management company under Rainmakers, LLC.

5. On or about September 21, 2001, the defendant began providing management services through Citadel Holdings for a nursing home facility in Moline, Kansas, under Elk Manor, LLC.

6. On or about September 28, 2001, the defendant established LTC-ES, Inc. as a payroll company for the defendant's entities and to provide nursing and management services to nursing homes.

7. On or about March 1, 2002, the defendant began conducting business through LVCO, LLC, by providing employees and managements services to a nursing home in Leavenworth, Kansas.

8. On or about July 1, 2002, the defendant began conducting business through Bladen Foods, LLC, which was a meat processing plant located in El Dorado, Kansas.

9. On or about July 1, 2002, the defendant established Lush Farms, LLC for the purpose of purchasing, breeding, and raising show cattle, which was done on approximately 80 acres near McLouth, Kansas.

10. On or about October 1, 2002, the defendant began operating a home health care company as ViaCare Home Health, LLC.

11. On or about April 17, 2003, the defendant established Elf Support Services, LLC, to provide in-home nursing services in Emporia, Kansas.

12. In or about June 2003, the defendant began providing employees to nursing facilities under Midwest Nursing Home Investors, LLC.

13. In or about September 2004, the defendant began providing employees to nursing facilities through Jewell Healthcare, LLC.

14. As the owner of these business entities, the defendant exercised complete

control over every aspect of their business affairs, including approving all payments by these companies and controlling all of their bank accounts.

15. During the period of April 2004 through January 2006, the defendant obtained personal and business loans during which he identified personal income of up to $22,500 per month and liquid assets in amounts up to $170,000. The proceeds from the loans were used to finance the purchase of multiple personal residences and to fund the activity at Lush Farms, LLC.

**Employment Tax Withholding**

16. JP Holdings, LLC; Citadel Holdings, LLC; Citadel Partners, LLC; Rainmakers, LLC; Elk Manor, LLC; LTC-ES, Inc.; LVCO, LLC; Bladen Foods, LLC; Lush Farms, LLC; ViaCare Home Health, LLC; Elf Support Services, LLC; Midwest Nursing Home Investors, LLC; and Jewell Healthcare, LLC withheld taxes from its respective employees' paychecks, including federal income taxes, Medicare, and social security taxes (often referred to as Federal Insurance Contribution Act or "FICA" taxes), collectively referred to as "payroll taxes."

17. JP Holdings, LLC; Citadel Holdings, LLC; Citadel Partners, LLC; Rainmakers, LLC; Elk Manor, LLC; LTC-ES, Inc.; LVCO, LLC; Bladen Foods, LLC; Lush Farms, LLC; ViaCare Home Health, LLC; Elf Support Services, LLC; Midwest Nursing Home Investors, LLC; and Jewell Healthcare, LLC were each required to make deposits of the payroll taxes to the IRS on a periodic basis. In addition, each of these entities was required to file, following the end of each calendar quarter, an Employer's Quarterly Federal Income Tax Return (Form 941), setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the

total amount of social security and Medicare taxes due, and the total tax deposits.

18. As the owner and a signatory on the bank accounts for JP Holdings, LLC; Citadel Holdings, LLC; Citadel Partners, LLC; Rainmakers, LLC; Elk Manor, LLC; LTC-ES, Inc.; LVCO, LLC; Bladen Foods, LLC; Lush Farms, LLC; ViaCare Home Health, LLC; Elf Support Services, LLC; Midwest Nursing Home Investors, LLC; and Jewell Healthcare, LLC, the defendant was a "responsible person," that is, he had the responsibility for the business to collect, truthfully account for, and pay over the entities' payroll taxes.

19. Throughout the calendar years 2001 through 2005, JP Holdings, LLC; Citadel Holdings, LLC; Citadel Partners, LLC; Rainmakers, LLC; Elk Manor, LLC; LTC-ES, Inc.; LVCO, LLC; Bladen Foods, LLC; Lush Farms, LLC; ViaCare Home Health, LLC; Elf Support Services, LLC; Midwest Nursing Home Investors, LLC; and Jewell Healthcare, LLC withheld tax payments from its employees' paychecks.

20. Beginning in or about July 2001, Citadel Holdings, LLC made no payments to the IRS, which were due for the second quarter of 2001. Continuing through the fourth quarter of 2005, Citadel Holdings, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $1,479,094.14.

21. Beginning in or about January 2002, LTC-ES, Inc. made no payments to the IRS, which were due for the fourth quarter of 2001. Continuing through the fourth quarter of 2003, LTC-ES, Inc. failed to forward payroll taxes due and owing to the IRS in the amount of approximately $1,095,095.19.

22. Beginning in or about January 2003, ViaCare Home Health, LLC made no payments to the IRS, which were due for the fourth quarter of 2002. Continuing through

the fourth quarter of 2005, ViaCare Home Health, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $62,496.02.

23.  Beginning in or about April 2003, JP Holdings, LLC made no payments to the IRS, which were due for the first quarter of 2003.  JP Holdings, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $257,183.77.

24.  Beginning in or about July 2003, Midwest Nursing Home Investors, LLC made no payments to the IRS, which were due for the second quarter of 2003.  Continuing through the second quarter of 2004, Midwest Nursing Home Investors, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $805,293.24.

25.  Beginning in or about July 2003, Citadel Partners, LLC made no payments to the IRS, which were due for the second quarter of 2003.  Continuing through the fourth quarter of 2005, Citadel Partners, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $486,433.66.

26.  Beginning in or about October 2003, Rainmakers, LLC made no payments to the IRS, which were due for the third quarter of 2003.  Continuing through the first quarter of 2005, Rainmakers, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $525,815.83.

27.  Beginning in or about October 2003, Elk Manor, LLC made no payments to the IRS, which were due for the third quarter of 2003.  Continuing through the third quarter of 2004, Elk Manor, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $93,458.79.

28.  Beginning in or about April 2004, LVCO, LLC made no payments to the IRS,

which were due for the first quarter of 2004. Continuing through the first quarter of 2005, LVCO, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $445,245.68.

29. Beginning in or about April 2004, Bladen Foods, LLC made no payments to the IRS, which were due for the first quarter of 2004. Bladen Foods, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $9,800.02.

30. Beginning in or about April 2004, Lush Farms, LLC made no payments to the IRS, which were due for the first quarter of 2004. Continuing through the fourth quarter of 2005, Lush Farms, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $53,880.82.

31. Beginning in or about October 2004, Elf Support Services, LLC made no payments to the IRS, which were due for the third quarter of 2004. Continuing through the fourth quarter of 2005, Elf Support Services, LLC failed to forward payroll taxes due and owing to the IRS in the amount of approximately $29,505.16.

32. Beginning in or about October 2004, Jewell Healthcare, LLC made no payments to the IRS, which were due for the third quarter of 2004. Continuing through the fourth quarter of 2005, Jewell Healthcare failed to forward payroll taxes due and owing to the IRS in the amount of approximately $648,326.33.

33. Throughout the calendar years 2001 through 2005, JP Holdings, LLC; Citadel Holdings, LLC; Citadel Partners, LLC; Rainmakers, LLC; Elk Manor, LLC; LTC-ES, Inc.; LVCO, LLC; Bladen Foods, LLC; Lush Farms, LLC; ViaCare Home Health, LLC; Elf Support Services, LLC; Midwest Nursing Home Investors, LLC; and Jewell

Healthcare, LLC had payroll taxes totaling $6,737,630.24, but the defendant only made payments to the IRS in the amount of $1,942,743.52, so the defendant failed to account for and pay over approximately $4,794,886.72 in payroll taxes.

## Counts 1-8

34. The Grand Jury reincorporates paragraphs 1-33 of the Introduction as though fully set out herein.

35. On or about the dates below, in the District of Kansas, the defendant,

JEFFREY PHILLIPS,

willfully failed to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld and Federal Insurance Contributions Act ("FICA") taxes due and owing to the United States on behalf of the entities identified below and its employees, for each of the following quarters, with each calendar quarter constituting a separate count of this Indictment:

| Count | Date | Entity | Quarter | Amount |
| --- | --- | --- | --- | --- |
| 1 | July 31, 2004 | Elk Manor, LLC | 2nd Quarter | $ 29,161.85 |
| 2 | October 31, 2004 | Elk Manor, LLC | 3rd Quarter | 29,173.58 |
| 3 | October 31, 2004 | Lush Farms, LLC | 3rd Quarter | 6,707.27 |
| 4 | January 31, 2005 | Lush Farms, LLC | 4th Quarter | 9,776.38 |
| 5 | April 30, 2005 | Lush Farms, LLC | 1st Quarter | 10,492.53 |
| 6 | July 31, 2005 | Lush Farms, LLC | 2nd Quarter | 9,511.87 |
| 7 | October 31, 2005 | Lush Farms, LLC | 3rd Quarter | 8,191.57 |
| 8 | January 31, 2006 | Lush Farms, LLC | 4th Quarter | 6,438.99 |

36. Each of these counts is a separate violation of Title 26, United States Code, Section 7202.

A TRUE BILL.

Dated: June 16, 2010                                                           s/Foreperson
                                                                                                    FOREPERSON

  s/Scott C. Rask, #15643 for
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

Penalties:

    Cts. 1-8:    NMT 5 years imprisonment; NMT $250,000 fine; NMT 3 years supervised release; $100 special assessment; costs of prosecution